FILED
JUN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL KAEMMERLING, #04899-017
POB 9000
　　　　Plaintiff
SEAGOVILLE, TX. 75159

v.

ALBERTO GONZALES, U.S. ATTORNEY GENERAL
GREGORY R. MILLER, U.S. ATTORNEY FOR
THE NORTHERN DISTRICT OF FLORIDA;
JANET RENO; P. MICHAEL PATTERSON

　　　　Defendants

Cause No.: _____
(Jury Trial Demanded)

Case: 1:07-cv-01046
Assigned To : Walton, Reggie B.
Assign. Date : 6/8/2007
Description: Pro Se Gen. Civil

JURY ACTION

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PLAINTIFF RUSSELL KAEMMERLING, pro se, and for his complaint against Defendants states the following:

### I. PARTIES

1.　　Plaintiff is Russell Kaemmerling, a citizen of the State of Texas residing in Seagoville, Texas.

2.　　Defendants are Alberto Gonzales, U.S. Attorney General; Gregory R. Miller, U.S. Attorney for the Northern District of Florida; Janet Reno, former U.S. Attorney General; and P. Michael Patterson, former U.S. Attorney for the Northern District of Florida. Service on Defendants may be effected by certified mail under 28 U.S.C. § 1391(e) and the Federal Rules of Civil Procedure.

### II. JURISDICTION

3.　　This Court's jurisdiction exists pursuant to 28 U.S.C. §§ 1331 & 1346

1

because the action arises under the United States Constitution. Specifically, the jurisdiction of this Court is invoked to secure protection and redress deprivation of rights guaranteed by the U.S. Constitution, the First, Fourth, Fifth, Sixth, Eighth and Thirteenth Amendments to the United States Constitution.

### III. VENUE

4.    Venue is proper under 28 U.S.C. § 1391(b)(e)(1)(2).

### IV. FACTS

5.    In May, 2000, Plaintiff was indicted in the United States District for the Northern District of Florida, along with seven co-defendants on charges of Conspiracy in violation of Title 18 U.S.C. § 371; Aiding and Abetting in violation of Title 18 U.S.C. § 2; Interstate Transportation of Money Knowingly Taken by Fraud in violation of Title 18 U.S.C. § 2314; and Wire Fraud in violation of Title 18 U.S.C. § 1343.

6.    On 6 September 2000, after a twelve day trial Plaintiff Kaemmerling was found guilty on all counts. Plaintiff self-surrendered to the Bureau of Prisons on May 21, 2001 and is currently serving his sentence at F.C.I. - Seagoville.

<u>Title 18 U.S.C. §§ 2, 371, 1343 & 2314 Were Never Enacted Into Positive Law Depriving the Court of Jurisdiciton</u>

7.    But, Title 18 U.S.C. with its sections 2, 371, 1343 & 2314 has never been properly enacted into positive law. No voting record exists in the U.S. House of Representatives for the passage of Title 18; no voting journal entry exists as required by the Constitution; the "enrolled bill" presented to the President for his signature in June, 1948 was based on passage of an "engrossed

bill" passed by the House in May, 1947, which is invalid as a matter of law; Congress adjourned sine die (without day) on July 27, 1947, thereby killing any unfinished bills; the Senate amended the House version, yet the House of Representatives never voted on the amended bill; and the "bill" was signed by the Speaker of the House of Representatives and the President pro tempore of the Senate on June 25, 1948, after the adjournment of Congress sine die, therefore not in open session as required by law, again rendering the "bill" invalid.

8.  The U.S. District Court clearly had no jurisdiction to place Plaintiff on trial for alleged violations of void statutes. Defendants each breached their duty to Plaintiff.

9.  Defendants Reno and Patterson, in their official capacity, had a responsibility to prevent Plaintiff from being prosecuted for actions which were and are not criminal. Each of the indictments against Plaintiff were for violations of statutes with no legal validity.

10. Defendant Patterson, as U.S. Attorney for the Northern District of Florida, presented false information to a grand jury and used his office to guide and direct the grand jury in this case to issue an indictment based on void statutes upon which Plaintiff was prosecuted in violation of his Constitutional protections. The result was a verdict against Plaintiff, a period of incarceration and the imposition of a fine and restitution.

11. Defendant Reno, who at the time was the Chief Law Enforcement Officer for the United States, in her supervisory position over Defendant Patterson, was delinquent in her duties by allowing Defendant Patterson's blatant disregard for the Constitution in this action.

12. Defendant Gonzales, U.S. Attorney General and Defendant Gregory R. Miller, U.S. Attorney for the Northern District of Florida, have a responsibility to correct the damage done by their predecessors and have taken no action to

date. They are responsible for the continued incarceration of Plaintiff Kaemmerling.

13. Plaintiff had a right to be free of prosecution for a non-offense. He further has a liberty interest in having the improper prosecution corrected.

14. No subject matter jurisdiction existed and each of the Defendants have breached their responsibility to Plaintiff in one or more of the following ways.

### V. COUNT ONE - PUBLIC LAW 80-772 IS VOID AND THE STATUTES CREATED BY IT ARE VOID DEPRIVING THE TRIAL COURT OF JURISDICTION

15. As averred, Public Law 80-772, as derived from HR 3190 was never enacted into law. Sections 2, 371 and 2314 were created by amendments to prior statutes as part of the 1948 "Act" and part of House Report No. 304, HR 3190. See U.S.C Annotated, Title 18.

16. Section 371, the modern conspiracy statute, was formulated by combining, revising and adding to §§ 88 and 294 of the 1940 edition of Title 18, creating a new section in Public Law 80-772 with an enhanced penalty of 5 years (versus the previous 2). But the passage of § 371 was inextricably intertwined with House Report No. 304 and Public Law 80-772. No vote on the Title 18 codification translates to no vote on the new 18 U.S.C. § 371 making the section void as a matter of law.

17. Section 2314 was formulated in 1948 by combining sections 413, 415, 418, 418(a) and 419 of the 1940 edition of Title 18, which were based on chapters from 1934 and 1939 acts. These combinations of prior statutes were again designed to create a new section in Public Law 80-772, but the passage of § 2314 was again interwoven with House Report No. 304 and Public Law 80-772. Like § 371, no vote was taken on § 2314 and it is void as a matter of law.

18. Title 18 U.S.C. § 2, the modern aiding and abetting statute, was formulated in 1948 by combining parts of sections 550 and 332 of the 1940 edition of Title 18, once again creating a new section in Public Law 80-772. The Act is again part of House Report No. 304, HR 3190 and Public Law 80-772. Since no vote on Public Law 80-772 means no vote on 18 U.S.C. § 2, the statute is void as a matter of law.

19. Since Public Law 80-772, the revision in the codification of Title 18 U.S.C is void as a matter of law, Title 18 then reverts to the codification of 1940. "If construction [of a section of the United States Code which has not bee enacted into positive law] is necessary, recourse must be had to the original statutes themselves." Murrell v Western Union Tel. Co., 160 F.2d 787, 788 quoted in United States v. Welden, 377 U.S. 95 (1964). The 1940 edition lacked sections 371, 2314, 1343 & 2 as appears in the indictment against Plaintiff making the indictment a nullity as a matter of law and depriving the court of subject matter jurisdiction.

20. "Certainly as here, the 'change of arrangement' was made by a codifer without the approval of Congress, it should be given **no weight**." U.S. v Welden, supra, @ Fn4.

21. "[A] piece of legislation takes effect according to its terms when Congress properly approves a bill and the President either signs it, fails to object within 10 days, or vetoes it, but Congress overrides the veto. **This and only this** is legislation or statutory law." U.S. v Zuger, 602 F.Supp. 889 (M.D. Tenn, 1984)(emphasis added).

22. Article I, Sections 5, 6 & 7 provide the procedure for the proper passage of a bill. The United States Constitution is said to be a law for the rulers and the people, equally in war and in peace, and to cover with its shield of protection all classes of persons, at all times, and under all circumstances.

5

See <u>Kennedy v Mendoza-Martinez</u>, 372 U.S. 144 (1963); <u>Dodge v Woolsey</u>, 59 U.S. 331 (1855)("The Constitution of the United States is the supreme law of the land, and all executive, judicial and legislative officers of the United States and the several States and all the people are bound thereby.") See also <u>Ex Parte Siebold</u>, 100 U.S. 371 (1880); <u>Cook v Moffat & Curtis</u>, 46 U.S. 295 (1847).

23.  A primary function of the Constitution is to protect the people against arbitrary actions by their own government, or by the events thereof. <u>United States v Verdugo-Urquidez</u>, 494 U.S. 259 (1990), rehearing denied, 494 U.S. 1092 (1990) and on remand to 902 F.2d 773 (9th Cir. 1990).

24.  Since the Constitution must be obeyed by the judiciary and judges are sworn to support its provisions, courts are not at liberty to overlook or disregard its commands or countenance evasions thereof. See <u>United States v Fisher</u>, 6 U.S. 358 (1805); also <u>Trustees of Dartmouth College v Woodard</u>, 17 U.S. 518 (1819).

25.  The United States Circuit Court for the District of Columbia has spoken clearly on the issue. "The question is not how long the parties assumed a certain state of law, but whether that state of the law is merely an assumption. The passage of time, the acquiescence of the parties, the assumptions of officials, even all taken together cannot enact a statute. Legislation only comes into existence through bicameral enactment and presentment to the President of the United States." <u>Independent Ins. Agents of America, Inc. v Clarke</u>, 965 F.2d 1077, 1078 (D.C. Cir. 1992). Likewise, it does not matter Title 18 has been applied as valid since 1948. Its applicability is only an assumption and not valid law.

26.  The indictment in Plaintiff's case made no reference to the underlying statutes at large prior to House Report No. 304 and Public Law 80-772, codified into Title 18 U.S.C. §§ 2, 371, 1343 & 2314 and which is void as a matter of law. The court was deprived of subject matter jurisdiction in Plaintiff's case.

27.     "Where there is clearly no jurisdiction over the matter, any authority exercised is usurped authority and for the exercising of such authority, when the want of jurisdiction is known to the judge, no excuse is permissible." Bradley v Fisher, 80 U.S. (13 Wall) 335, 351-52 (1872).


## VI. COUNT TWO - THE HOUSE OF REPRESENTATIVES NEVER VOTED ON TITLE 18, PUBLIC LAW 80-772, OR SECTIONS 2, 371, OR 2314 AND NO VOTING RECORD EXISTS.

28.     The Constitution requires that each House must pass a bill prior to its being signed into law by the President. See Article I, §7, cl 2, U.S. Constitution; National Bank of Oregon v INS Agents, 508 U.S. 439, FN 7 (1993).

29.     The Supreme Court addressed and resolved the question that:

> A bill signed by the Speaker of the House of representatives and by the President of the Senate, presented to and approved by the President of the United States, and delivered by the letter to the Secretary of State, as an act passed by Congress, does not become law of the United States if it had not in fact been passed by Congress . . .
>
> . . . we cannot be unmindful of the consequences that must result if this court should feel obliged, in fidelity to the Constitution, to declare that an enrolled bill, on which depend public and private interests of vast magnitude, and which has been . . . deposited in the public archives as an act of Congress . . . did not become law.

Field v Clarke, 143 U.S. 649, 669-670 (1892)

30.     The Constitution also requires that each House keep a Journal of its proceedings which would show any vote on Title 18. If the legislative journals do not contain the requisite evidence of the passage of a law, it is no law. See Amoskeag Nat. Bank v Ottawa (Post v Kendall County), 105 U.S. 667, (1881); Walnut v Wade, 103 U.S. 683 (1881)("The journals of the legislature may be resorted to for the purpose of overthrowing the prima facie evidence of the constitutional enactment of the law, furnished by the signatures of the presiding offices of the two Houses.")

31.     To sustain an allegation of a crime, the statute alleged to have been violated must have been duly enacted by legislation.

> Under our system of law, no act is punishable as a crime unless it is specifically condemned by the common law, or by a statutory enactment of the legislature . . . .. While ignorance of the law is no defense, it is conversely true that a law which has not been duly enacted is not a law, and therefore a person who does not comply with its provisions cannot be guilty of any crime.
>
> The passage of time, the acquiescence of the parties, the assumption of officials, even all taken together cannot enact a statute. Legislation only comes into existence through bicarmel Congressional enactment and presentment to the President of the United States.

Hotch v United States, 212 F.2d 283, 284 (9th Cir. 1954)

32.     The Court has an affirmative duty to refuse to sustain that which is repugnant to the Constitution and to support, protect and defend the Constitution by giving effect to the provisions of the Constitution, even if in so doing a statute is held to be inoperative. The duty to maintain the Constitution as fundamental cannot be evaded.

33.     With no recorded vote and no journal entry supporting a vote by the House of Representatives on Title 18, Public Law 80-772 with the sections 2, 371 and 2314, the proceedings of the House lack validity and are in violation of the Constitution of the United States, rendering the Public Law 80-772, Title 18, void.


VII. COUNT THREE - THE HOUSE RESOLUTION 3190, USED TO PASS PUBLIC LAW 80-772, TITLE 18, WAS INVALID HAVING DIED A SINE DIE DEATH JULY 27, 1947


34.     A legislature's failure to act on a pending bill or other matters needing legislative approval, before the legislature adjourns sine die (without day), effectively kills that bill or matter.

35.     Under Federal law, every bill in each House of Congress must, when such bill or resolution passes either House, be printed, and such printed copy will be

8

called the "engrossed bill." The engrossed bill must be signed by the Clerk of the House, or the Secretary of the Senate, and must be sent to the other House, and in that form is to be dealt with by that House and its officers. If passed, the engrossed bill must be returned, signed by the Clerk or Secretary. When the bill has passed both Houses, it must be printed and is then called the "enrolled bill," and must be signed by the presiding officers of both Houses and sent to the President of the United States.

36. The "Enrolled Bill" for Title 18, United States Code, House Resolution 3190, which is the basis for Public Law 80-772, was originally introduced in the House of Representatives in April of 1947, during the First Session of the 80th Congress. The passage of the House Version occurred on May 12, 1947 as shown by the date shown on the Resolution itself. The "Index Key and History of the Bill" maintained by the U.S. Senate attest to that date.

37. Subsequent to the passage by the House of Representatives and prior to action being taken on the bill by the Senate, both Houses of Congress adjourned sine die (without day) which effectively kills all pending bills and matters requiring Congressional action. When a session is adjourned sine die, and that meeting closes the session, the unfinished business **may** be introduced at the next session as new business on the same footing as if it had never been before the assembly. An adjournment without day is notice to all concerned that matters which have been under consideration will **not** again be taken up unless initiated under the procedure established for new business.

38. The sine die (without day) adjournment of the first session of the 80th Congress can be verified as follows:

   a) The Congressional Record, as supported, shows the sine die dismissal of Congress. See <u>Kennedy v Sampson</u>, 511 F.2d 430, 444, Appendix (D.C. Cir. 1974)

   b) President Truman exercised 19 pocket vetoes after the dismissal of the 80th Congress on July 27, 1947. A pocket veto is only possible after a final adjournment. See <u>Kennedy v Sampson</u>, supra.

39.     Congressional records show no reintroduction of HR 3190, Title 18, or its equivalent, in the House of Representatives in the second session of the 80th Congress which convened in January, 1948.

40.     Without the validity of House Resolution 3190, which forms the basis of the House passage of Title 18, which died sine die on July 27, 1947, with no reintroduction and passage by the House in the Second session, Title 18, is a nullity, void as a matter of law.

### VIII. COUNT FOUR - THE AMENDMENTS TO HOUSE RESOLUTION 3190 IN THE SENATE WERE NEVER REVOTED IN THE HOUSE OF REPRESENTATIVES.

41.     An amendment to a motion or resolution takes precedence over the original motion and the original motion cannot be disposed of until the proposed amendment has been disposed of, unless the amendment is clearly a substitute for the original motion. Passage of an amendment to a motion only has the effect of amending the original motion; therefore, unless it is a substitute for the original motion, the amended motion must be put to a vote.

42.     Even assuming validity of the "Engrossed Bill" on Title 18, HR 3190, the bill itself shows that the U.S. Senate amended House Resolution 3190, the invalid resolution, on June 18, 1948, and the amendments were shown as approved by the House via a typed notation, as occurring the same day. The fact that the engrossed bill shows a typed memo stating simply "House agrees to Senate Amendments" and the fact that no journal entry appears in the House of Representatives showing that a vote was never taken, demonstrates that the amended version of the bill was never voted on by the House of Representatives.

43.     A "bill signed by the Speaker of the House of Representatives and by the President of the Senate, presented to and approved by the President of the United

States, and delivered by the letter to the Secretary of State, as an act of Congress, does not become a law of the United States if it had not in fact been passed by Congress . . .." Field v Clarke, supra. See Mistretta v United States, 488 U.S. 361, 381 (1989)(Congress may not control execution of laws except through Article I procedures.)

44.     Even if the engrossed bill was valid (which it clearly was not), without the passage of the "amended version" of Title 18 by the House after it had been approved by the Senate, no validity attaches to the passage of Public Law 80-772, Title 18 United States Code and the statues §§ 2, 371 and 2314 are void ab initio.

### IX. COUNT V - THE CONSTITUTIONAL REQUIREMENT THAT A BILL PASSED BY BOTH HOUSES OF CONGRESS BE SIGNED IN OPEN SESSION WAS VIOLATED, RENDERING THE BILL A NULLITY, VOID ON ITS FACE.

45.     The Constitution requires that every bill pass both Houses of Congress, be signed by the Speaker of the House and the President of the Senate in open session, and sent to the President of the United States for his signature prior to becoming law. See Article I, §7, cl.2, U.S. Constitution; Marshall Field & Co. v Clarke, Supra; U.S. National Bank of Oregon v Independent Ins. Agents, Inc., 508 U.S. 439 (1993).

46.     The "Enrolled Bill" for Public Law 80-772, Title 18 was signed the Speaker of the House of Representatives and the President, pro tempore of the Senate on June 25, 1948 five days after the sine die adjournment of June 20, 1948. Congress was not in "open session."

47.     Without the signatures of the officers of the House and Senate properly affixed to an approved bill in open session, the signatures of the parties to

11

Public Law 80-772 mean absolutely nothing. The parties do not have the authority to usurp the mandate of the Constitution of the United States.

48. It is the duty of the court to give effect to the existing constitution and to obey all constitutional provisions irrespective of their opinion as to the wisdom or desirability of such provisions and irrespective of the consequences. See Lake Country v Rollins, 130 US 662 (1889). "[T]his court has the duty to review the constitutionality of Congressional enactments." United States v Munoz-Flores, 495 US 385, 391 (1990)

49. The Constitution was intended to be a monumental inconvenience to those in authority to prevent such abuses of power. "[T]he fact that a given law or procedure is efficient, convenient and useful in facilitating functions of government, standing alone, will not save it if it is contrary to the Constitution." INS v Chadha, 462 US 919 (1983). "[E]ven the will of the majority does not become law unless it follows the path chartered in Article I, §7, cl 2 of the Constitution." Landgraf v USI Film Products, 511 US 244 (1994).

50. Public Law 80-772, Title 18 is a nullity and the court had no subject matter jurisdiction to have placed the Plaintiff on trial.

## X. DAMAGES

51. As a direct and proximate result of Defendant's acts, the indictment failed to charge Plaintiff with an offense subjecting Plaintiff to a trial for alleged violations of non-existent laws. This violated Plaintiff's Constitutional rights.

> [T]he judiciary has always borne the basic responsibility for protecting individuals against unconstitutional invasions of their rights by all branches of the Government. Therefore, in the rare situation in which the decision to prosecute is so abusive of this discretion as to encroach on constitutionally protected rights, the judiciary must protect against unconstitutional deprivation.

U.S. v Johnson, 577 F.2d 1304 (5th Cir. 1978)(internal cites omitted.) See also Brimmer v Rebman, 138 US 78 (1892); Cooper v Telfair, 4 Dall 14, 1 L.Ed 721 (1800); Marbury v Madison, 1 Cranch 137, 2 L.Ed 60 (1803).

## XI. CONCLUSION

52.     Public Law 80-772, the revision and codification of Title 18 is void as a matter of law. The use of an "engrossed bill," that was dead sine die in 1947 to obtain an "enrolled bill" in 1948 and the "signatures" of the President pro tempore of the Senate and the President of the United States, while knowingly disdaining the Constitutional requirements to pass legislation, constituted a fraud on the American people, produced a Title and many statutes that are fraudulent on their face and void as a matter of law. It further, and more importantly to this case, deprived the District Court of subject matter jurisdiction to place Plaintiff on trial in the first place.

53.     With no recorded vote, with a sine die dead bill, with no approval for the amended bill, with no open session signatures, no validity attaches to Public Law 80-772, Title 18, or the new statutes it proposed. A statute that violates the United States Constitution is void regardless of the purpose of its recitals.

54.     The Court had no jurisdiction to take Plaintiff to trial as the statutes used to indict him were void as a matter of law. "When a court without jurisdiction convicts and sentences a defendant, the conviction and sentence are void from their inception and remain void long after the defendant has fully suffered their direct force." United States v Peter, 310 F.3d 709 (11th Cir. 2002).

55.     FOR THESE REASONS set forth above, Defendants violated Plaintiff's clear Constitutional rights. Defendants are therefore liable to Plaintiff for the

violation.

56.     Defendants' acts were done willfully, maliciously and with reckless disregard of Plaintiff's rights, privileges and immunities as provided by the United States Constitution.

## XII. PRAYER

57.     WHEREFORE, Plaintiff demands the Court GRANT the following relief:

A) Enter an order giving Plaintiff his immediate and unconditional release;

B) Enter a judgment declaring the judgment in Plaintiff's criminal case be declared void and his indictment dismissed;

C) Enter an order requiring the total expungement of Plaintiff's criminal record from all databases owned, operated, and/or subsidized by the United States Government;

D) Enter a judgment requiring Defendants to pay damages in the amount of $8,000 for each day from the date of the indictment until the date of entering the judgment in this case;

E) Enter a judgment awarding punitive damages in an amount sufficient to deter Defendants' conduct;

F) Enter a judgment awarding Plaintiff all other relief to which he may be justly entitled, including costs of court, and all other relief, legal and equitable, this Court deems appropriate and just.

## XIII. JURY DEMAND

58.     Plaintiff demands a trial by jury, pursuant to the Seventh Amendment of

the United States Constitution and the Federal Rules of Civil Procedure.

It is so prayed. May it be so ORDERED.

Respectfully submitted,

*[signature]*

Russell Kaemmerling, pro se
Reg. No. 04899-017
P. O. Box 9000
Seagoville, TX 75159-9000

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-1046
RBW

## I (a) PLAINTIFFS

Russell Kaemmerling

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Dallas**
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Alberto Gonzales, Gregory Miller
Janet Reno, P. Michael Patterson

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **DC**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Russell Kaemmerling #04899-017
P. O. Box 9000
Seagoville, TX 75159-9000

Case: 1:07-cv-01046
Assigned To : Walton, Reggie B.
Assign. Date : 6/8/2007
Description: Pro Se Gen. Civil

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. §§ 1331 & 1346 - Federal Question of Law, Deprivation of Constitutional Rights

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

DATE 6-8-07   SIGNATURE OF ATTORNEY OF RECORD  *Not Signed*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd