UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUSSELL KAEMMERLING, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No. 07-1046 (RBW) |
| ALBERTO GONZALES, *et al.* | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Defendants[1] respectfully request that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[1] According to the complaint, the Defendants include: Alberto Gonzales, Attorney General of the United States, Gregory R. Miller, U.S. Attorney for the Northern District of Florida, Janet Reno, former Attorney General of the United States, and P. Michael Patterson, former U.S. Attorney for the Northern District of Florida.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2007, I caused the foregoing Notice of Appearance to be served on Plaintiff:

Russell Kaemmerling
#R04899-017
SEAGOVILLE FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, Texas  75159

　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　JUDITH A. KIDWELL
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney