UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
RUSSELL KAEMMERLING,         )
                             )
        Plaintiff,           )
                             )
        v.                   )   Civil Action No.: 07-1046(RBW)
                             )
ALBERTO GONZALEZ, et al.     )
                             )
        Defendants.          )
                             )
```

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik, and **remove** the name of Assistant United States Attorney Judith A. Kidwell, as counsel for the Defendants.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498610

_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-514-8780 (Fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Appearance has been made today August 23, 2007, by mail and/or electronic filing to:

>Russell Kaemmerling
>Reg. No. 04899-017
>P.O. Box 9000
>Seagoville, TX 75159-9000

>_____/s/_____
>KAREN L. MELNIK D.C. BAR #436452
>Assistant United States Attorney
>U.S. Attorney's Office for the
>District of Columbia
>Civil Division
>555 4TH Street, N.W.
>Washington, D.C. 20530
>(202) 307-0338 (O)
>(202) 514-514-8780 (Fax)