UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
RUSSELL KAEMMERLING,                :
                                    :
                                    :
            Plaintiffs,             :
                                    :
      v.                            :   Civil Action No. 07-1046 (RBW)
                                    :
ALBERTO GONZALES, *et al.*,         :
                                    :
            Defendants.             :
_____ :

### ORDER

    Defendants filed a motion to dismiss on September 11, 2007. In its October 19, 2007 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, the Order expressly warned plaintiff that, if he failed to file his opposition by November 15, 2007, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so.

    Accordingly, it is hereby

    ORDERED that defendant's motion to dismiss, or alternatively, for summary judgment [#5] is GRANTED AS CONCEDED, and that this civil action is DISMISSED WITH PREJUDICE.

    This is a final appealable Order. *See* Fed. R. App. P. 4(a).

    SO ORDERED.

                                             /s/
                                REGGIE B. WALTON
                                United States District Judge

Date: November 30, 2007